**WO**

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE DISTRICT OF ARIZONA
7
8   United States of America,                    )
                                                 )   No.: CR10-08182-001-PCT-
9              Plaintiff,                         )
                                                 )   **ORDER**
10  vs.                                          )
                                                 )
11                                               )
                                                 )
12  Charles Clyde Boone,                         )
                                                 )
13             Defendant.                        )
    _____          )
14
15
        The defendant appeared in court with counsel. The defendant's probable cause hearing
16
    was waived and the detention hearing was submitted by defendant through defense counsel.
17
     The Court finds probable cause to believe the defendant violated the terms of his supervised
18
    release as alleged in the petition.
19
        IT IS ORDERED that the defendant is detained as flight risk and danger, pending
20
    further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he
21
    is not a flight risk or a danger.
22
        DATED this 20th day of August, 2014.
23
24
                            _____
25                                      Mark E. Aspey
                            United States Magistrate Judge
26
27
28